UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 FEB 10 P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RICHARD MAX STRAHAN<br><br>*Plaintiff*<br><br>v.<br><br>DONALD RUMSFELD, Secretary<br>DEPARTMENT OF DEFENSE<br><br>GORDON ENGLAND, Secretary<br>DEPARTMENT OF THE NAVY<br><br>VERN CLARK, Chief of Naval Operations<br>UNITED STATES NAVY<br><br>Defendants | Civil Action No.<br><br>05-10275 NMG<br>10 February 2005 |

### PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION

The Plaintiff — Richard Max Strahan — applies to the Court for a temporary restraining order and moves the Court for a preliminary injunction to —

1. Enjoin the Defendants from operating any ship or conducting any military training operation within 25 nautical miles from the boundary of marine habitat designated pursuant to the Endangered Species Act as listed critical habitat for the Northern Right Whale;

2. Order the Defendants to report to the Plaintiff any occurrence of a whale within 1000 yards of any vessel operated by the Department of the Navy.

The Northern Right Whales faces the significant threat of an irreversible path to imminent extinction unless the Court acts to stop any further killing and injuring of any more Northern Right Whales ship and military training operations of the Defendants and the U. S. Navy. In

support of this motion the Plaintiff references his factual and legal allegations raised in the verified complaint of the instant action and additionally submitted affidavits and memorandum of law filed by him in the instant action.

BY: _____
Richard Max Strahan, Plaintiff
*Pro Se and Proud!*