UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD RUMSFELD, Secretary )<br>Department of Defense, )<br>)<br>GORDON ENGLAND, Secretary )<br>Department of the Navy, and )<br>)<br>VERN CLARK, Chief of Naval Operations )<br>United States Navy, )<br>)<br>Defendants. ) | Civil Action No. 05-10275-NMG |

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

GORTON, District Judge

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

☐      DENIED for the following reason(s):

☐      The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒      The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

| February 18, 2005 | /s/ Nathaniel M. Gorton |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |