UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 18 P 12: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | Civil Action No. |
| ) | |
| v. ) | 05 – 10275 - NMG |
| ) | |
| DONALD RUMSFELD, *et al.* ) | 18 February 2005 |
| ) | |
| *Defendants* ) | |

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

The Plaintiff, Richard Max Strahan – notifies the Court that his current mailing address is as follows –

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston, MA 02125

BY:

Richard Max Strahan, Plaintiff
617.233.3854

*Pro Se and Proud!*

I certify that I have served this Notice on the Defendants via U. S. Mail on 19 Fbruary 2005.

Richard Max Strahan