# UNITED STATES DISTRICT COURT

District of _____

Richard Max Strahan

V.

Donald Rumsfeld, et al,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10275-NMG

TO: (Name and address of Defendant)

Donald Rumsfeld, Secretary
Department of Defense
1600 Defense Pentagon
Washington D.C. 20350-1000

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

2/17/05

DATE

(By) DEPUTY CLERK

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Richard Max Strahan | COURT CASE NUMBER 05-10275-NMG |
|---|---|
| DEFENDANT Donald Rumsfeld | TYPE OF PROCESS Civil |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Department of Defense |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 1000 Defense @ Pentagon   Washington, D.C. 20350-1000 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2005 FEB 22 P 12: 17
U.S. MARSHAL SERVICE RECEIVED BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                     Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 233 3854 | DATE 18 Feb 05 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk Nancy Julian | Date 2/22/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service | Time | am / pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Fwd to USMS D/w 4 2/23/05 nt
3/3/05 Returned from D/w to be served by Cert mail nt 3/22/05

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|