**U.S Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard Max Strahan | 05-10275-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Vern Clark | 2441 |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chief of Naval Operations

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2000 Navy Pentagon Washington D.C. 20350-2000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5
925 Dorchester Avenue
Boston MA 02125

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 FEB 22 P 12: 17

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                     Fold

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 617 233 3854 | 18 Feb 05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 38 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | Nancy Falv..... | 2/24/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time | am |
|---|---|---|
| | | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: FWD to USMS D/WA 2/23/05 NF
3/10/05 Returned to NF D/WA

| EDITIONS ...ED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# UNITED STATES DISTRICT COURT

District of _____

Richard Max Strahan

V.

Donald Rumsfeld, eta'

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _05-10275-NMG_

TO: (Name and address of Defendant)

Vern Clarck, Admiral
Chief of Naval Operations
2000 Navy Pentagon
Washington D.C., 20350-2000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(By) DEPUTY CLERK

DATE    2/17/05