**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Richard Max Strahan | COURT CASE NUMBER: 05-10275 NMG |
| DEFENDANT: Gordon England | TYPE OF PROCESS: CIVIL |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Department of the Navy, Secretary

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1000 Navy Pentagon Washington D.C. 20350-1000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5
928 Dorchester Ave
Boston MA 02125

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[Stamp: 2005 FEB 22 P 12: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617 233 3854
DATE: 15 Feb 05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 16
Signature of Authorized USMS Deputy or Clerk: Nancy Salamie
Date: 2/22/05

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service: Time: am/pm
Signature of U.S. Marshal or Deputy:

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS: FWD to USMS D/WA 2/23/05 nt
3/9/05 Returned to be served by cert mail nt from D/WA

# UNITED STATES DISTRICT COURT

_____ District of _____

Richard Max Strahan

v.

Donald Rumsfeld, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CS-10275-NMG

TO: (Name and address of Defendant)

Gordon England, Secretary
Department of the Navy
1000 Navy Pentagon
Washington D.C. 20301-1000

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(By) DEPUTY CLERK

DATE  2/12/05