UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN    )
                      )
        *Plaintiff*   )
                      )    Civil Action No.
v.                    )
                      )    05 – 10275 - NMG
DONALD RUMSFELD, *et al.*  )
                      )    11 April; 2005
        *Defendants*  )

---

PLAINTIFF'S AMENDED APPLICATION FOR A TEMPORARY RESTRAINING ORDER
AND MOTION FOR A PRELIMINARY INJUNCTION

---

The Plaintiff — Richard Max Strahan — applies to the Court for a temporary restraining order and moves the Court for a preliminary injunction to stop the Defendants from irreparably injuring his protected interests by unlawfully taking[1] another listed species of endangered whale incidental to their vessel and training operations before the Court issues a final judgment in the instant action. Strahan asks the Court to —

1. Order the Defendants to immediately enter into a consultation with the National Marine Fisheries Service pursuant to Section 7(a) of the Endangered Species Act ("ESA") — 16 U. S. C. § 1536(a) — on the impact of their vessel and military training operations on ESA listed species of whales along the Atlantic coastline of the United States.

---

[1] Section 9(a) of the Endangered Species Act prohibits any person or federal agency from taking listed species directly or incidental to its activities. See 16 U. S. C. § 1538(a). Section 2 of the ESA defines "take" broadly to include any act that kills, injures, harms or harasses listed species of wildlife. 16 U.S.C. § 1532(19). The prohibition against take specifically extends to the high seas. See 16 U. S. C. § 1538(a)(1)(C).

2.  Enjoin the Defendants from operating any ship or conducting any military training operation within 25 nautical miles from the boundary of marine habitat designated pursuant to the Endangered Species Act as listed critical habitat for the Northern Right Whale;

3.  Order the Defendants to report to the Plaintiff any occurrence of a large whale of any federally protected species within 2000 yards of any vessel operated by the Department of the Navy within 200 miles of the U. S. Atlantic coastline and then record and report the number of sighted whales, the species of the sighted whales, the location of the sighting, the distance of the sighted whales from the ship, the speed of the vessel, the weather, and the direction of the vessel in regards to location of the sighted whales.

The Plaintiff maintains that the Defendants will operate their vessels in a manner that does not poses a threat to harm endangered whales if they are required to look out for whales, record their sightings of whales, and then report them to the Plaintiff and NMFS. Additionally, the Court requiring the Defendants to look out for and report the sightings of whales in the vicinity of their vessel operations to the Plaintiff and NMFS is absolutely required to provide a scientific basis to assess the threat posed by the Defendants vessel and military training operations on listed species of endangered whales.

Humpback Whales, Northern Right Whales, and other species of whales listed as protected species under the Endangered Species Act are routinely kill, injured and otherwise unlawfully taken in violation of take prohibitions of Section 9 of the ESA by the Defendants' vessel and military training operations. Northern Right Whale is so endangered as a species that

any further injury from the Defendants' vessel and military training operations poses a significant threat to trigger its irreversible imminent extinction.

In support of this motion the Plaintiff references his factual and legal allegations raised in the verified complaint of the instant action and additionally submitted affidavits and memorandum of law filed by him.

BY: _____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted with the U. S. attorney in Boston MA on 11 April 2005 on the above motion.

_____
Richard Strahan, Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this motion has been served IN HAND on the U. S. attorney's office in Boston MA and VIA U. S. MAIL on the Defendants on 11 April 2005.

_____
Richard Strahan, Plaintiff

Served on AUS Attorney Bloom 11 Apr 05