United States District Court
District of Massachusetts

_____
                                    )
**RICHARD MAX STRAHAN,**            )
                                    )
    Plaintiff,             )
                                    )   Civil Action No.
    v.                     )   05-10275-NMG
                                    )
**DONALD RUMSFELD, et al.,**        )
                                    )
    Defendants.            )
_____ )

### ORDER

**GORTON, J.**

    On February 10, 2005, plaintiff filed a complaint and motion for a temporary restraining order to prohibit the United States Navy from "conducting any military training operation within 25 nautical miles from the boundary of marine habitat ... for the Northern Right Whale". The motion was denied because he did not demonstrate a likelihood of success on the merits of his claim.

    On April 11, 2005, plaintiff filed a second, nearly identical, Motion for a Temporary Restraining Order (Docket No. 10). That motion, which is treated as a Motion for Reconsideration, is **DENIED**. Defendants will respond to the complaint on or before May 5, 2005.

**So ordered.**

                                         /s/ Nathaniel M. Gorton
                                         Nathaniel M. Gorton
                                         United States District Judge

Dated April 22, 2005