UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RICHARD MAX STRAHAN** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 05-10275-NMG |
| | ) | |
| **DONALD RUMSFELD,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF APPEARANCE

The Court and counsel will please take notice that Mr. S. JAY GOVINDAN, of the United States Department of Justice, hereby enters his appearance as counsel for the defendants in the above-captioned action. Mr. Govindan's relevant address and telephone numbers as follows:

<u>MAILING ADDRESS</u>
S. Jay Govindan
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>
S. Jay Govindan
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3916
Washington, D.C.  20004

<u>TELEPHONE AND FAX NUMBERS</u>
Telephone: (202) 305-0237

Facsimile: (202) 305-0275

ELECTRONIC CORRESPONDENCE:
Jay.Govindan@usdoj.gov

      Respectfully submitted this 5TH day of May, 2005.

                             KELLY A. JOHNSON, Acting Assistant Attorney General
                             United States Department of Justice
                             Environment and Natural Resources Division
                             JEAN E. WILLIAMS, Chief
                             SETH M. BARSKY, Assistant Chief

By:               __/s/___S. Jay Govindan_____
                             S. JAY GOVINDAN, Trial Attorney
                             United States Department of Justice
                             Environment and Natural Resources Division
                             Wildlife and Marine Resources Section
                             Benjamin Franklin Station, P.O. Box 7369
                             Washington, D.C. 20044-7369
                             Telephone: (202) 305-0237
                             Facsimile: (202) 305-0275

                             Attorneys for Federal Defendants