UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. |
| | ) | |
| v. | ) | 05 – 10275 - NMG |
| | ) | |
| DONALD RUMSFELD, *et al.* | ) | 4 May 2005 |
| | ) | |
| *Defendants* | ) | |

PLAINTIFF'S MOTION FOR THE COURT (J. GORTON) TO RECUSE ITSELF IN ORDER TO AVOID THE APPEARENCE OF PREJUDICE IN FAVOR OF THE DEFENDANTS

The Plaintiff -- Richard Max Strahan – moves the Court (J. Gorton) to recuse itself from further participation in the proceedings in order to avoid the appearence of prejudice in favor of the Defendants. Upon information and belief the Court (J. Gorton) was once employed by the Defendant U. S. Navy as an officer in service and still maintains strong alliances with the U. S. Navy and other persons once so employed. It is inappropriate for a judge to preside over a civil action where the defendant is a former employer of the judge.

The Court (J. Gorton) has already acted in a manner that shows unacceptable bias towards the U. S. Navy. Despite Strahan's claims that endangered whales are being killed by Navy ships in violation of Section 9 take prohibitions of the Endangered Species Act, Judge Gorton has denied Strahan's requests for interlocutory injunctive releif and has refused to even schedule a hearing on Strahan's outstanding motion for a preliminary injunction. Since 1996, the National Marine Fisheries Service has consistantly ruled that a killing of a single Northern Right Whale jeopardizes the continued survival of of its species.

Since the instant action was commenced, another Northern Right Whale was killed last week by a Navy ship off the Massachusetts coast. This means that since the action commenced the Navy's killing of another Northern Right Whale has fataly conemned this endangered species to imminent extinction. The ESA and Congress demands that the Court immediately address address in a meaningful manner Strahan's request for emergency interlocutory injunctive relief.

For the above reasons, Strahan asks the Court to grant him his requested releif.

BY:

Richard Max Strahan, Plaintiff
Unit #5
928 Dorchester Avenue
Boston MA 02125
617.233.3854

*Pro Se and Proud!*

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT PURSUANT TO RULE 7.1(D)

The Plaintiff requests that the Court hold an oral argument on the above motion as it will serve the interest of Justice for the Court to do so. .

Richard Max Strahan, Plaintiff

## NOTICE OF CERTIFICATION PURSUANT TO RULE 5.2(B)(2)

I certify that I have served this Notice on the Defendants IN HAND on 4 May 2005.

Richard Max Strahan, Plaintff