UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | Civil Action No. |
| ) | |
| v. ) | 05 – 10275 - NMG |
| ) | |
| DONALD RUMSFELD, *et al.* ) | 4 May 2005 |
| ) | |
| *Defendants* ) | |

**PLAINTIFF'S MOTION FOR AN THE COURT TO HOLD A SCHEDULING CONFERENCE PURUANT TO RULE 16 AND TO SET AN EXPEDITED SCHEDULE TO TRIAL**

The Plaintiff -- Richard Max Strahan – moves the Court to immediately set a date for it to hold a scheduling conerence and afterwhich set an expedited schedule for the parties completing discovery and filing summary judgment purusnat to Rule 56. The Defendants' attorneys have refused to discuss any issue associated with the Plaintiff's ongoing effort to conduct discovery and refuse to participate in the required Rule 26(f) conference to commence discovery. For refusing to do such these attorneys should be punished by the Court for deliberately obstructing Strahan's right to conduct discovery on the Defendants.

In support of this motion Strahan asserts that he is suffering ongoing irreparable harm and faces imminent and forseeable irreparable injury from the Defendants' ship operations that are in violation of the Section 9 take prohibitions of the Endangered Species Act. The Defendants ship and training operations are routinely killing memebers of listed species of endangered whales. Strahan is asserting that the Defendants have recently killed two Northern Right Whales. One in Novermber of 2004 and one over the last two weeks. Both these Northern Right Whales were killed from being struck by Navy ships. Since 1996, the National Marine Fisheries Service has

consistantly ruled that a killing of a single Northern Right Whale jeopardizes the continued survival of of its species. Since the Navy has killed to Northern Right Whales in the last six months, the Court must act immediately to adjudicate the Plaintiff's claims and to make a decison on granting the Plaintiff his requested permanent injunctive releif.

The Court denied Strahan's request for a Temporary Restraing Order twice. If the Court had granted it, the last Northern Right Whale would not have been killed by the Navy. Strahan still has an outstanding motion for a preliminary injunction that Strahan asks the Court to hold an immediate hearing on in order to hear oral agruments on it.

For the above reasons, Strahan asks the Court to grant him his requested releif.

BY:

Richard Max Strahan, Plaintiff
Unit #5
928 Dorchester Avenue
Boston MA 02125
617.233.3854

*Pro Se and Proud!*

---

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT PURSUANT TO RULE 7.1(D)

---

The Plaintiff requests that the Court hold an oral argument on the above motion as it will serve the interest of Justice for the Court to do so. .

Richard Max Strahan, Plaintiff

NOTICE OF CERTIFICATION PURSUANT TO RULE 5.2(B)(2)

I certify that I have served this Notice on the Defendants IN HAND on 4 May 2005.

Richard Max Strahan, Plaintff