UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 05-10275-NMG |
| | ) | |
| DONALD RUMSFELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth in the accompanying memorandum of law, Federal Defendants, Donald Rumsfeld, in his official capacity as Secretary of the Department of Defense, Gordon England, in his official capacity as Secretary of the Department of Navy, and Vern Clark, in his official capacity as Chief of Naval Operations for the United States Navy (collectively "the Navy"), respectfully move this Court to dismiss Plaintiff's Complaint for lack of jurisdiction, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3).[1/] Specifically, this Court lacks jurisdiction over this action because: (1) Plaintiff has failed to provide the 60-day notice required by the Endangered Species Act prior to commencing his suit; (2) Plaintiff has failed to establish standing, and; (3) the Marine Mammal Protection Act provides Plaintiff no private right of action. For these reasons, the Navy's motion to dismiss should be granted.[2/]

---

[1] The Navy believes that dismissal for lack of jurisdiction under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) is appropriate, but to the extent necessary, the Navy moves for dismissal in the alternative pursuant to Rule 12(c).

[2] The Court has set Plaintiff's motion for preliminary injunction for hearing on Tuesday, May 31, 2005. The Navy acknowledges that Plaintiff should have the full time allotted by the local rules to respond to the instant motion, and does not anticipate this motion will be heard or fully adjudicated at the May 31 hearing. However, because there is a substantial overlap between the Navy's arguments for denial of the preliminary injunction motion (no likelihood of success on the merits) and the basis for the instant motion to dismiss (the Court lacks jurisdiction), the Navy is filing the memorandum in support of this motion in combination with its preliminary injunction opposition.

MICHAEL J. SULLIVAN, United States Attorney
ANTON GIEDT, Assistant United States Attorney

KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief

/s/ S. Jay Govindan
S. JAY GOVINDAN, Trial Attorney (MD Bar # 25946)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
T: (202) 305-0237/ F: (202) 305-0275
E: Jay.Govindan@usdoj.gov

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2005, a true and correct copy of this Motion to Dismiss was sent by overnight mail to:

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston, MA 02125

/s/ S. Jay Govindan
S. JAY GOVINDAN
Counsel for Federal Defendants

## RULE 7.1 CERTIFICATION

      Plaintiff in this action is *pro se*, and therefore is not represented by counsel, and Local Rule 7.1 should not apply. As such, Defendants request a waiver of this requirement. However, undersigned counsel hereby certifies that he sent an email to Plaintiff on the 27th day of May, 2005 to confer on this issues raised in this motion. No response was received.

/s/ S. Jay Govindan
S. JAY GOVINDAN
Counsel for Federal Defendants