UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10275 - NMG |
| DONALD RUMSFELD, *et al.* ) | |
| ) | 31 May 2005 |
| *Defendants* ) | |

**PLAINTIFF'S MOTION FOR AN EVIDENTIARY HEARING AND ORAL ARGUMENT ON HIS MOTION FOR A PRELIMINARY INJUNCTION**

The Plaintiff — Richard Max Strahan — moves the Court to schedule and hold an evidentiary hearing to afford him the opportunity to produce witnesses and evidence to Court in support of his pending motion for a preliminary injunction against the Defendants. At that time to be afforded the opportunity for oral argument also. In support of this motion Strahan maintains that —

1. Most relevant evidence on the Defendants alleged killing and injuring of endangered species of whales is solely within the possession of the Defendants and personnel employed by the U. S. Navy;

2. The Defendants have deliberately and in bad faith refused to comply with his lawful requests for discovery;

3. Strahan is indigent and cannot afford to depose the Defendants and other expert witnesses and the only way to make these witnesses expert and relevant fact before the Court is if the Court holds the requested evidentiary hearing and Strahan has the opportunity to summon them to this hearing to testify under oath and on the record.

The survival of endangered whales listed as protected under the Endangered Species Act is the underlying issue of Strahan's core claims against the Defendants. Unless the Court grants Strahan's motion and holds the requested evidentiary hearing, the Court will be significantly impaired from being presented with the facts relevant to deciding Strahan's claims on the merits against the Defendants. The Public Interest in protecting listed endangered species demands the Court hold the requested evidentiary hearing in order to insure its ability to be in possession of all relevant information necessary for it to fully and meaningfully adjudicate Strahan's Section 9 ESA claims against the Defendants.

For the above reasons, Strahan asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted with the defendants' attorney on the above motion.

_____
Richard Strahan, Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this motion has been served IN HAND on the U. S. attorney's office in Boston on 31 May 2005.

_____
Richard Strahan, Plaintiff