UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10275 - NMG |
| DONALD RUMSFELD, *et al.* ) | |
| ) | 31 May 2005 |
| *Defendants* ) | |

**PLAINTIFF'S AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

The Plaintiff — Richard Max Strahan — moves the Court for a preliminary injunction to stop the Defendants from irreparably injuring his protected interests from their further unlawfully taking[1] another listed species of endangered whale incidental to their vessel and training operations before the Court issues a final judgment in the instant action. Strahan asks the Court issue a preliminary injunction in regards to U. S. Navy ships operating within 200 miles of the U. S. Atlantic coastline to —

1. Enjoin the Defendants from operating any ship within 1000 yards of any sighted member of a listed species of whale

2. Order the Defendants to operate their ships at a speed of ten kts or less if a member of a listed whale species is sighted within 1000 yards of any of their ships.

---

[1] Section 9(a) of the Endangered Species Act prohibits any person or federal agency from taking listed species directly or incidental to its activities. See 16 U. S. C. § 1538(a). Section 2 of the ESA defines "take" broadly to include any act that kills, injures, harms or harasses listed species of wildlife. 16 U. S. C. § 1532(19). The prohibition against take specifically extends to the high seas. See 16 U. S. C. § 1538(a)(1)(C).

3. Order the Defendants to station observers on its ships to look for listed species of whales when a ship is in transit and operated by the Department of the Navy and to record the any sighting of a large whale along with information associated with the said sighting;

4. Order the Defendants to report to the Plaintiff any occurrence and/or sighting of a large whale within 2000 yards of any vessel and then record and report to the Plaintiff 1) the number of sighted whales, 2) the species of the sighted whales, 3) the location of the sighting, 4) the distance of the sighted whales from the ship, 5) the speed of the vessel, the weather, 6) and the direction of the vessel in regards to location of the sighted whales

5. Enjoin the Defendants from operating any ship or conducting any military training operation within 25 nautical miles from the boundary of marine habitat designated pursuant to the Endangered Species Act as listed critical habitat for the Northern Right Whale;

6. Order the Defendants to immediately enter into a consultation with the National Marine Fisheries Service pursuant to Section 7(a) of the Endangered Species Act ("ESA") — 16 U. S. C. § 1536(a) — on the impact of their vessel and military training operations on ESA listed species of whales along the Atlantic coastline of the United States.

The Plaintiff maintains that the Defendants will operate their vessels in a manner that does not poses a threat to harm endangered whales if they are required to look out for whales, record their sightings of whales, and then report them to the Plaintiff and NMFS. Additionally, the Court requiring the Defendants to look out for and report the sightings of whales in the

vicinity of their vessel operations to the Plaintiff and NMFS is absolutely required to provide a scientific basis to assess the threat posed by the Defendants vessel and military training operations on listed species of endangered whales.

Humpback Whales, Northern Right Whales, and other species of whales listed as protected species under the Endangered Species Act are routinely killed, injured and otherwise unlawfully taken by the Defendants in violation of take prohibitions of Section 9 of the ESA by as a result of their routine vessel and military training operations. Northern Right Whale is so endangered as a species that any further injury from the Defendants' vessel and military training operations poses a significant threat to trigger its irreversible imminent extinction.

In support of this motion the Plaintiff references his factual and legal allegations raised in the verified complaint of the instant action and additionally submitted affidavits and memorandum of law filed by him.

BY:

Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted with the defendants' attorney on the above motion.

Richard Strahan, Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this motion has been served IN HAND on the U. S. attorney's office in Boston on 23 May 2005.

_____
Richard Strahan, Plaintiff