UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RICHARD MAX STRAHAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 05-10275-NMG |
| | ) | |
| **DONALD RUMSFELD,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### FEDERAL DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION

Federal Defendants, Donald Rumsfeld, in his official capacity as Secretary of the Department of Defense, Gordon England, in his official capacity as Secretary of the Department of Navy, and Vern Clark, in his official capacity as Chief of Naval Operations for the United States Navy (collectively "the Navy"), respectfully request that Plaintiff's Amended Motion for Preliminary Injunction (filed May 31, 2005) be denied. Plaintiff's Amended Motion should be denied for the reasons set forth in Federal Defendants' opposition to Plaintiff's April 11, 2005 motion for temporary restraining order and preliminary injunction, and in the memorandum of law accompanying the Navy's motion to dismiss, and as presented at oral argument on May 31, 2005, all of which are incorporated herein by reference. In addition, the Amended Motion should be denied for the same reasons that the Court denied Plaintiff's motion for preliminary injunction on May 31, 2005. Specifically, Plaintiff has failed to demonstrate a likelihood of success on the merits of his claims, and has failed to demonstrate irreparable harm. In addition, given Plaintiff's inability to demonstrate a likelihood of success on the merits, Plaintiff's request for an evidentiary hearing should be denied.

Federal Defendants further request that resolution of all matters related to Plaintiff's amended motion for preliminary injunction, including the request for an evidentiary hearing, be stayed until the Court resolves the government's pending motion to dismiss.

>MICHAEL J. SULLIVAN, United States Attorney
>ANTON GIEDT, Assistant United States Attorney
>
>KELLY A. JOHNSON, Acting Assistant Attorney General
>JEAN E. WILLIAMS, Section Chief
>SETH M. BARSKY, Assistant Section Chief
>
>  /s/ S. Jay Govindan
>S. JAY GOVINDAN, Trial Attorney (MD Bar # 25946)
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife & Marine Resources Section
>Ben Franklin Station, P.O. Box 7369
>Washington, DC 20044-7369
>T: (202) 305-0237/ F: (202) 305-0275
>E: Jay.Govindan@usdoj.gov
>
>Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2005, a true and correct copy of this Opposition was sent by overnight mail to:

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston, MA 02125

/s/ S. Jay Govindan
S. JAY GOVINDAN
Counsel for Federal Defendants