UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 05-10275-NMG |
| | ) | |
| DONALD RUMSFELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FEDERAL DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OPPOSITION BRIEF**

For the reasons set forth in the accompanying memorandum of law, incorporated herein by reference, Federal Defendants, Donald Rumsfeld, in his official capacity as Secretary of the Department of Defense, Gordon England, in his official capacity as Secretary of the Department of Navy, and Vern Clark, in his official capacity as Chief of Naval Operations for the United States Navy (collectively "the Navy"), respectfully request that Plaintiff's Opposition to the Navy's Motion to Dismiss be stricken. Specifically, Plaintiff's Opposition is untimely, as it was filed more than six weeks after the deadline by which it should have been submitted.

MICHAEL J. SULLIVAN, United States Attorney
ANTON GIEDT, Assistant United States Attorney

KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief

  /s/ S. Jay Govindan
S. JAY GOVINDAN, Trial Attorney (MD Bar # 25946)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
T: (202) 305-0237
F: (202) 305-0275

E: Jay.Govindan@usdoj.gov

Attorneys for Federal Defendants