UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
)
*Plaintiff* )
)
) Civil Action No.
v. )
) 05 – 10275 - NMG
DONALD RUMSFELD, *et al.* )
) 28 September 2005
*Defendants* )

---

**PUBLIC-CITIZEN STRAHAN'S MOTION FOR A PRELIMINARY INJUNCTION
AND AN EVIDENTIARY HEARING**

---

The Public-Citizen Plaintiff — Richard Max Strahan —moves the Court for a preliminary inkunction ("Pi Motion") against the Defendant to insure that –

1. The U. S. Navy's ship and training operations do not kill or injure endangered species of whales and sea turtles in violation of Section 9 of the Endangered Species Act during the pendency of the instant action.

2. He and the Court are kept aware of any future strikes by Navy ships of listed species of whales or sea turtles and the Defendants be required to report the presence of endangered species of whales and sea turtles occurring near Navy ships while they are operating during the penndency of the instant action.

Strahan also is seeking an evidentiary hearing from the Court so that he can present evidence testimony to the Court to demonstrate the need for his requested interlocutory injunctive relie including the opportunity for all parties to present argument to the Court. The interests of Jus will be served if the Court holds the requested evidentiary hearing.

In order to insure the *status quo* during the protracted proceedings of the instant action Straha asking the Court to order the Defendants to do the fiollowing –

1. The Defendants are to insure that no ship of the U. S. Navy operating within 2 miles of the U. S. Atlantic coastline northwards of the state border of Virginia North Carolina will approach or remain within 1000 yards of any species of la whale.

2. The Defendants on each of its ships operating within the said area of #1 will have its personnel on the look out for endangered whales and sea turtles at all times of its ships operations and will prepare a report of all whales and sea tur

    sighted during the course of its future ship operations during the pendency of the instant action that will include a report on the location of the sighting, the speed of the ship at the time of the sighting, the ships direction of motion in regards to the sighted whale or sea turtle, and the farthest and closest distance that the sighted whale or sea turtle came to the ship.

3.     The Defendants will immediately report to the Court and Strahan whenever one of its ships strikes or comes withing 100 yards of any large whale or sea turtle while operating in the future during the pendency of the instant action..

Provisions #2 and #3 of requested injunctive relief rests on the principle that "criminals usually do not commit crimes when they know the police are watching them." If the Defendants are under orders to report to the court the incidents of encounters of their ships with whales or sea turtles, then the captains of those ships are going to also make sure that their ships do not strike or come too close to any whale or sea turtle. These two provisons will allow Strahan to conduct discovery against the Defendants. The only way that Strahan will get needed information on a Navy ship almost hitting an endangered whale or sea turtle is if the Court makes the Navy report on its ships encounters with endangered whales and sea turtles during the pendency of the instant action.

Unless the Court orders the Defendants to keep Navy ahips away from endangered whales or turtles – and also supplies the other requested relief – it is an absolute fact that a Navy ship will strike and kill an endangered whale or sea turtle in the course of these proceedings – as they already have at least once.

For the above reasons the Plaintiff asks the Court to GRANT his PI Motion.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

    CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

I certify that I consulted with the attorney for the Defendants on several occasions.

_____
Richard Strahan, Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this opposition has been served IN HAND on the Defendants' attorney on 28 September 2005

_____
Richard Strahan, Plaintiff