UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 05 – 10275 - NMG |
| DONALD RUMSFELD, *et al.* | ) |
| | ) 28 September 2005 |
| *Defendants* | ) |

*(Stamp: FILED IN CLERKS OFFICE, 2005 SEP 28 P 4: 33, U.S. DISTRICT COURT, DISTRICT OF MASS.)*

---

### PUBLIC-CITIZEN STRAHAN'S MOTION FOR LEAVE TO MAKE ELECTRONIC FILINGS WITH THE COURT

---

The Public-Citizen Plaintiff — Richard Max Strahan —moves the Court for leave to make electronic filings with the Court in the instant action. Strahan is indigent and cannot afford th costs of printing and copying out voluminous reports and other documents that he needs to fil with the Court. He has access to a computer and the internet and can readily file all needed documents with the Court in the PDF computer format required in its electronic filing system

Strahan has arranged with the Court's clerk-magistrate's office to participate in its electronic filing system training session that is scheduled to be held on 13 October 2005.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted with the attorney for the Defendants on several occasions.

_____
Richard Strahan, Plaintiff

CERTIFICATION OF SERVICE

I hereby certify that a copy of this opposition has been served IN HAND on the Defendants' attorney on 28 September 2005

_____
Richard Strahan, Plaintiff