United States District
Court of Massachusetts

Richard Max Strahan

v.

Rumsfeld

FILED
IN CLERKS OFFICE
05-cv-10275-NMG
2005 NOV 18
U.S. DISTRICT COURT
DISTRICT OF MASS.
18 November 2005

## Notice of Appeal

I appeal the dismissal of my claims against the Defendant on this day.

Richard Max Strahan
920 Dorchester Avenue
Boston MA 02125
Pro Se and Proud.