## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard M. Strahan,<br>  Plaintiff<br><br>V.<br><br>Donald Rumsfeld, et al.,<br>  Defendant | CIVIL ACTION<br><br>NO.   05-10275-NMG |

### ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's allowance of the defendant's motion to dismiss on  11/18/05 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

11/28/05  
Date

/s/ Craig J. Nicewicz  
Deputy Clerk

(Dismissal Endo.wpd - 12/98)