# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10275

Richard Max Strahan

v.

Donald Rumsfeld, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 5, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, CLOSED

## United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10275-NMG

Strahan v. Rumsfeld et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 16:1538 Endangered Species Act

Date Filed: 02/10/2005
Jury Demand: Plaintiff
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

**Plaintiff**

**Richard Max Strahan**   represented by **Richard Max Strahan**
928 Dorchester Avenue
#5
Boston, MA 02125
617-233-3854
Email: esistoo@yahoo.com
PRO SE

V.

**Defendant**

**Donald Rumsfeld**   represented by **Anton P. Giedt**
*Secretary Department of Defense*
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3309
Fax: 617-748-3971
Email: anton.giedt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Srinath J. Govindan**
U.S. Department of Justice, ENRD
P.O. Box 7369
Benjamin Franklin Station
Washington, DC 20004-7369
202-305-0237
Fax: 202-305-0275
Email: Jay.Govindan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gordon England**
*Secretary Department of the Navy*

represented by **Anton P. Giedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Srinath J. Govindan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vern Clark**
*Chief of Naval Operations United States Navy*

represented by **Anton P. Giedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Srinath J. Govindan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2005 | 1 | COMPLAINT against Donald Rumsfeld, Gordon England, Vern Clark Filing fee: , filed by Richard Max Strahan. (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet)(Barrette, Mark) (Entered: 02/11/2005) |
| 02/10/2005 | 2 | MOTION for Temporary Restraining Order and Preliminary Injunction by Richard Max Strahan.(Barrette, Mark) (Entered: 02/11/2005) |
| 02/10/2005 | 3 | MOTION for Leave to Appeal in forma pauperis by Richard Max Strahan.(Barrette, Mark) (Entered: 02/11/2005) |
| 02/11/2005 | 4 | Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM & ORDERdenying 2 Motion for TRO cc/cl (Barrette, Mark) (Entered: 02/11/2005) |
| 02/18/2005 | 5 | Judge Nathaniel M. Gorton : ORDER entered. Granting order on Application to Proceed Without Prepayment of Fees cc/cl (Barrette, Mark) (Entered: 02/22/2005) |
| 02/18/2005 | 6 | NOTICE of Change of Address by Richard Max Strahan (Barrette, Mark) (Entered: 02/24/2005) |
| 02/18/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 3 Motion for Leave to file in forma pauperis, see order entered this date. (Nicewicz, Craig) (Entered: 06/30/2005) |
| 03/14/2005 |  | Summons Issued as to Donald Rumsfeld, Gordon England, Vern Clark, U.S. Attorney and U.S. Attorney General-Given to plaintiff at Pro se |

| | | |
|---|---|---|
| | | Intake with IFP Order, USM 285 forms, Rule 4.1 and US Government Agency Information Letter (Jenness, Susan) (Entered: 03/14/2005) |
| 03/31/2005 | 7 | SUMMONS Returned Executed by Richard Max Strahan. Donald Rumsfeld served on 3/22/2005, answer due 5/23/2005. (Bell, Marie) (Entered: 04/01/2005) |
| 04/04/2005 | 8 | US Marshal Process Receipt and Return for complaint. Chief of Naval Operation served Delivered on 3/25/05 (Flaherty, Elaine) Modified on 4/4/2005 (Flaherty, Elaine). (Entered: 04/04/2005) |
| 04/04/2005 | 9 | US Marshal Process Receipt and Return for complaint. Secretary of Navy served Delivered on 3/24/05 (Flaherty, Elaine) (Entered: 04/04/2005) |
| 04/11/2005 | 10 | MOTION (Application) for Temporary Restraining Order and Motion for a Preliminary Injunction by Richard Max Strahan.(Filo, Jennifer) (Entered: 04/12/2005) |
| 04/22/2005 | 11 | Opposition re 10 MOTION for Temporary Restraining Order filed by Donald Rumsfeld, Gordon England, Vern Clark. (Attachments: # 1 Affidavit of Rear Admiral Donald K. Bullard# 2 Affidavit of Thomas R. Crabtree# 3 Certificate of Service)(Govindan, Srinath) (Entered: 04/22/2005) |
| 04/22/2005 | 12 | Judge Nathaniel M. Gorton : Electronic ORDER entered. Motions terminated: Denying10 MOTION for Temporary Restraining Order filed by Richard Max Strahan. Defendants will respond to the complaint on or before May 5, 2005.(Nicewicz, Craig) (Entered: 04/25/2005) |
| 05/04/2005 | 15 | MOTION for Recusal by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 05/05/2005) |
| 05/04/2005 | 16 | MOTION for Hearing (scheduling conference) by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 05/05/2005) |
| 05/05/2005 | 13 | NOTICE of Appearance by Srinath J. Govindan on behalf of Donald Rumsfeld, Gordon England, Vern Clark (Govindan, Srinath) Additional attachment(s) added on 5/13/2005 (Hurley, Virginia). (Entered: 05/05/2005) |
| 05/05/2005 | 14 | *Federal Defendants'* ANSWER to Complaint by Donald Rumsfeld, Gordon England, Vern Clark.(Govindan, Srinath) (Entered: 05/05/2005) |
| 05/13/2005 | | Electronic Notice of correction to docket made by Court staff. Document 13 substituted with new PDF file containing proper signature line. (Hurley, Virginia) (Entered: 05/13/2005) |
| 05/16/2005 | 17 | Opposition re 15 MOTION for Recusal filed by Donald Rumsfeld, Gordon England, Vern Clark. (Attachments: # 1 Affidavit of Captain Michael Wayne Reedy)(Govindan, Srinath) (Entered: 05/16/2005) |
| 05/17/2005 | | NOTICE of Hearing on Motion 2 MOTION for Preliminary Injunction 15 MOTION for Recusal, 16 MOTION for Hearing: Motion Hearing set for 5/31/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. |

| | | |
|---|---|---|
| | | Gorton. (Nicewicz, Craig) (Entered: 05/17/2005) |
| 05/27/2005 | 18 | MOTION to Dismiss for Lack of Jurisdiction by Donald Rumsfeld, Gordon England, Vern Clark.(Govindan, Srinath) (Entered: 05/27/2005) |
| 05/27/2005 | 19 | MEMORANDUM in Support re 18 MOTION to Dismiss for Lack of Jurisdiction *and in Opposition to Plaintiff's Motion for Preliminary Injunction* filed by Donald Rumsfeld, Gordon England, Vern Clark. (Attachments: # 1 Affidavit of Thomas R. Crabtree# 2 Affidavit of Rear Admiral Donald K. Bullard# 3 Affidavit of Captain Michael Wayne Reedy)(Govindan, Srinath) (Entered: 05/27/2005) |
| 05/31/2005 | 20 | MOTION for an Evidentiary Hearing and Oral Argument on motion for a Preliminary Injuction by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 05/31/2005) |
| 05/31/2005 | 21 | MOTION to Amend for a Preliminary Injuction by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 05/31/2005) |
| 05/31/2005 | 22 | MEMORANDUM in Support re 21 MOTION to Amend filed by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 05/31/2005) |
| 05/31/2005 | 23 | MOTION to Compel Defendants to Comply with his Request for Discovery by Richard Max Strahan.(Elefther, Elizabeth) Additional attachment(s) added on 5/31/2005 (Elefther, Elizabeth). (Entered: 05/31/2005) |
| 05/31/2005 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Motion Hearing held on 5/31/2005 re 16granting MOTION for Hearing filed by Richard Max Strahan,, deyning without prejudice 23 MOTION to Compel filed by Richard Max Strahan,, denying 2 MOTION for Temporary Restraining Order filed by Richard Max Strahan,,denying 15 MOTION for Recusal filed by Richard Max Strahan. Response to motion to dismiss by 6/13/05. No discovery before end of July. Written discovery served 8/31/05, responded to by 9/30/05, depositions by 11/30/05, dispositive motions by 1/15/05. Pretrial conference set for 2/16/05 at 3:00 p.m., jury trial 3/6/06 at 9:00 a.m. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 06/01/2005) |
| 05/31/2005 | | Motions terminated: 16 MOTION for Hearing filed by Richard Max Strahan,, 20 MOTION for Hearing filed by Richard Max Strahan,, 15 MOTION for Recusal filed by Richard Max Strahan,. (Nicewicz, Craig) (Entered: 07/26/2005) |
| 05/31/2005 | | Motions terminated: 23 MOTION to Compel filed by Richard Max Strahan, denied w/o prejudice in open court. (Nicewicz, Craig) (Entered: 10/17/2005) |
| 06/01/2005 | | Set/Reset Hearings: Jury Trial set for 3/6/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 2/16/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/01/2005) |
| 06/09/2005 | 24 | Opposition re 21 MOTION to Amend, 20 MOTION for Hearing filed by |

| | | |
|---|---|---|
| | | Donald Rumsfeld, Gordon England, Vern Clark. (Govindan, Srinath) (Entered: 06/09/2005) |
| 07/29/2005 | 25 | Opposition re 18 MOTION to Dismiss for Lack of Jurisdiction filed by Richard Max Strahan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Elefther, Elizabeth) (Entered: 07/29/2005) |
| 08/08/2005 | 26 | MOTION to Strike 25 Opposition to Motion by Donald Rumsfeld, Gordon England, Vern Clark.(Govindan, Srinath) (Entered: 08/08/2005) |
| 08/08/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Strike 25 Opposition to Motion filed by Donald Rumsfeld, Gordon England, Vern Clark. (Govindan, Srinath) (Entered: 08/08/2005) |
| 08/19/2005 | 28 | Opposition re 26 MOTION to Strike 25 Opposition to Motion filed by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 08/19/2005) |
| 09/28/2005 | 29 | MOTION for the Court to Immediately Rule on the Defendants' Rule 12 Motion to Dismiss or Alternatively to Recuse itself from the proceedings by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 09/29/2005) |
| 09/28/2005 | 30 | MOTION for Preliminary Injunction,and MOTION for an Evidentiary Hearing by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 09/29/2005) |
| 09/28/2005 | 31 | MOTION For Leave to Make Electronic Filings with the Court by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 09/29/2005) |
| 10/05/2005 | | NOTICE of Hearing on Motion 29 MOTION for the Court to Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings, 30 MOTION for Preliminary Injunction MOTION for Hearing, 26 MOTION to Strike 25 Opposition to Motion, 18 MOTION to Dismiss for Lack of Jurisdiction, 21 MOTION to Amend, : Motion Hearing set for 10/21/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) Modified on 10/17/2005 (Nicewicz, Craig). (Entered: 10/05/2005) |
| 10/12/2005 | 32 | Opposition re 29 MOTION for the Court to Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings, 30 MOTION for Preliminary Injunction MOTION for Hearing filed by Donald Rumsfeld, Gordon England, Vern Clark. (Govindan, Srinath) (Entered: 10/12/2005) |
| 10/18/2005 | | NOTICE RESCHEDULING of Hearing on Motion 29 MOTION for the Court to Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings, 30 MOTION for Preliminary Injunction MOTION for Hearing, 26 MOTION to Strike 25 Opposition to Motion, 31 MOTION For Leave to Make Electronic Filings with the Court, 18 MOTION to Dismiss for Lack of Jurisdiction, 21 MOTION to Amend: Motion Hearing set for 10/26/2005 10:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/18/2005) |
| 10/25/2005 | | NOTICE of Hearing on Motion 29 MOTION for the Court to |

| | | |
|---|---|---|
| | | Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings, 30 MOTION for Preliminary Injunction MOTION for Hearing, 26 MOTION to Strike 25 Opposition to Motion, 31 MOTION For Leave to Make Electronic Filings with the Court, 18 MOTION to Dismiss for Lack of Jurisdiction, 21 MOTION to Amend: Motion Hearing set for 11/4/2005 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/25/2005) |
| 10/31/2005 | | NOTICE of Hearing on Motion 29 MOTION for the Court to Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings, 30 MOTION for Preliminary Injunction MOTION for Hearing, 26 MOTION to Strike 25 Opposition to Motion, 31 MOTION For Leave to Make Electronic Filings with the Court, 18 MOTION to Dismiss for Lack of Jurisdiction, 21 MOTION to Amend: Motion Hearing set for 11/18/2005 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/31/2005) |
| 11/18/2005 | 33 | Plaintiff's Outline of his Oral Argument in Support of his Motion for a Preliminary Injuction and Opposition of the Defendants Rule 12 Motion to Dismiss by Richard Max Strahan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Elefther, Elizabeth) (Entered: 11/18/2005) |
| 11/18/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Court hears oral argument on pending motions before the court. Motion Hearing held on 11/18/2005 re 23 MOTION to Compel filed by Richard Max Strahan,, 26 MOTION to Strike 25 Opposition to Motion filed by Donald Rumsfeld,, Gordon England,, Vern Clark,, 29 MOTION for the Court to Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings filed by Richard Max Strahan,, 30 MOTION for Preliminary Injunction MOTION for Hearing filed by Richard Max Strahan,, 31 MOTION For Leave to Make Electronic Filings with the Court filed by Richard Max Strahan,, Motions terminated: DENYING AS MOOT 21 MOTION to Amend filed by Richard Max Strahan,, DENYING 26 MOTION to Strike 25 Opposition to Motion filed by Donald Rumsfeld,, Gordon England,, Vern Clark,, DENYING AS MOOT [ 29] MOTION for the Court to Immediately Rule on the defendants' Rule 12 Motion to Dismiss or alternatively to recuse itself from the proceedings filed by Richard Max Strahan,, GRANTING 18 MOTION to Dismiss for Lack of Jurisdiction filed by Donald Rumsfeld,, Gordon England,, Vern Clark,without prejudice, DENYING AS MOOT 30 MOTION for Preliminary Injunction MOTION for Hearing filed by Richard Max Strahan,, DENYING AS MOOT 31 MOTION For Leave to Make Electronic Filings with the Court filed by Richard Max Strahan,. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 11/18/2005) |
| 11/21/2005 | 34 | NOTICE OF APPEAL by Richard Max Strahan. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | |
|---|---|---|
| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/12/2005. (Nici, Richard) (Entered: 11/22/2005) |
| 11/28/2005 | [35](#) | Judge Nathaniel M. Gorton : ORDER entered. ORDER DISMISSING CASE(Nicewicz, Craig) (Entered: 11/28/2005) |