UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

RICHARD MAX STRAHAN        )
                           )       2005 DEC -8  P 1: 27
        *Plaintiff*        )
                           )       U.S. DISTRICT COURT
                           )       DISTRICT OF MASS.
v.                         )       Civil Action No.
                           )
                           )       05 – 10275 - NMG
DONALD RUMSFELD, *et al.*  )
                           )       8 December 2005
        *Defendants*       )

---

PLAINTIFF'S MOTION TO WAIVE THE REQUIRED
FILING FEE TO DOCKET HIS APPEAL

---

The Public-Citizen Plaintiff — Richard Max Strahan — moves the Court to waive the required filing fee for him to docket his appeal of the Court's prior dismissal of his claims against the Defendants. He has attached to this motion the required affidavit attesting to his indigent status and inability to pay the required filing fee to docket his appeal.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*