# MANDATE

05-10275

USDC/MA

# United States Court of Appeals
## For the First Circuit

Gorton, J

No. 05-2820

RICHARD MAX STRAHAN,
Plaintiff, Appellant,

v.

ROBERT M. GATES, ET AL.,
Defendants, Appellees.

Before

Torruella, Lynch and Lipez,
Circuit Judges.

**JUDGMENT**

Entered: January 9, 2007

Plaintiff appeals from the dismissal of his complaint, without prejudice, for failure to give the sixty-day notice required by the citizen suit provision of the Endangered Species Act (ESA), 16 U.S.C. § 1540(g)(2)(A)(i). Reviewing the dismissal of the complaint de novo in light of the record and the briefs on appeal, we see no error. To the extent plaintiff contends that a 1996 letter provided the requisite notice of his intent to sue defendants for alleged future violations of the ESA, the ESA citizen suit provision requires prior written notice of "the violation" and is intended to allow the alleged violator the opportunity to cure the alleged violation. See Water Keeper Alliance v. United States Dep't of Defense, 271 F.3d 21, 29-30 (1st Cir. 2001). Plaintiff's 1996 letter did not, and could not, give defendants notice, or an opportunity to cure, the 2002 and 2004 violations alleged in the complaint. Also, to the extent plaintiff contends that his 1996 notice was sufficient because it posed a challenge to defendants' "generic ship operations in the Atlantic," this attack is too general to give defendants the requisite notice of a violation under the ESA. See Southwest Ctr. for Biological Diversity v. United States Bureau of Reclamation, 143 F.3d 515, 522 (9th Cir. 1998).

We have considered plaintiff's other arguments and deem them without merit.

    <u>Affirmed</u>.   <u>See</u> 1st Cir. R. 27.0(c).

                          By the Court:

                          Richard Cushing Donovan, Clerk.

                          By:_____
                              Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/*
Deputy Clerk
Date: 3/6/07

    [cc:   Richard Max Strahan, Anton P. Giedt, AUSA, Srinath J. Govindan, Esq., Mark R. Haag, Esq.]